| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Trans. Court)* 5:02CR-24-R |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 05-10097 |

| NAME AND ADDRESS OF PROBATIONER Richard Kelly Hughes 111 Trailer Rd Springville, TN 38256 | DISTRICT Western Kentucky | DIVISION Paducah |
|---|---|---|
| | NAME OF SENTENCING JUDGE Thomas B. Russell, U.S. District Judge | |
| | DATES OF Supervised Release: | FROM 08/30/2004 | TO 08/19/2007 |

OFFENSE

18 USC 922(g)(1) - Felon in Possession of a Firearm
18 USC 1382 - Entry of a Military Reservation For Any Purpose Prohibited by Law
21 USC 844(a) - Simple Possession of Marijuana

### PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __WESTERN__ DISTRICT OF __KENTUCKY__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of this Court to the United States District Court for the __Western District of Tennessee, Jackson Division__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_Nov 23, 2005_
Date

_/s/ Thomas B. Russell_
Thomas B. Russell
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __Tennessee, Jackson Division__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

_6 December 2005_
Effective Date

_James D. Todd_
UNITED STATES DISTRICT JUDGE



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 1:05-CR-10097 was distributed by fax, mail, or direct printing on December 9, 2005 to the parties listed.

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT